Case Number: 09-51514
Debtor Name: MORRISON, GEORGE J

Date: May 7, 2010
PROPOSED DISTRIBUTION

FILED 2010 MAY 11 PM 12:10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  |  |  |  | $2,500.28 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $625.07 | $0.00 | $625.07 | $625.07 | $1,875.21 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,875.21 |
|  | Subtotals For Class Administrative 100.00% |  |  | $625.07 | $0.00 | $625.07 | $625.07 |  |
| 1 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of CAPITAL ONE INSTALLMENT<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | 300 | $900.58 | $0.00 | $900.58 | $12.54 | $1,862.67 |
| 2 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Unsecured | 300 | $16,803.94 | $0.00 | $16,803.94 | $233.95 | $1,628.72 |
| 3 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $9,245.28 | $0.00 | $9,245.28 | $128.72 | $1,500.00 |
| 4 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $19,704.76 | $0.00 | $19,704.76 | $274.34 | $1,225.66 |
| 5 | MEDINA GENERAL HOSPITAL<br>ATTN: PATIENT ACCOUNTS<br>1000 E. WASHINGTON<br>MEDINA, OH 44256 | Unsecured | 300 | $100.00 | $0.00 | $100.00 | $1.39 | $1,224.27 |
| 6 | Pampered Chef<br>PO Box 23356<br>Pittsburgh PA 15222 | Unsecured | 300 | $11,574.54 | $0.00 | $11,574.54 | $161.15 | $1,063.12 |
| 7 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | 300 | $1,090.32 | $0.00 | $1,090.32 | $15.18 | $1,047.94 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $19,414.95 | $0.00 | $19,414.95 | $270.30 | $777.64 |
| 9 | St Therese/SS Peter & Paul FCU<br>c/o Weltman Weinberg & Reis Co LPA<br>323 W Lakeside Ave 2nd Fl<br>Cleveland OH 44113 | Unsecured | 300 | $3,758.41 | $0.00 | $3,758.41 | $52.33 | $725.31 |
| 10 | US DEPT OF EDUCATION<br>DIRECT LOAN SVCG<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | 300 | $14,914.24 | $0.00 | $14,914.24 | $207.64 | $517.67 |
| 11 | US DEPT OF EDUCATION<br>DIRECT LOAN SVCG<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | 300 | $19,221.27 | $0.00 | $19,221.27 | $267.61 | $250.06 |
| 12 | US DEPT OF EDUCATION<br>DIRECT LOAN SVCG<br>PO BOX 5609 | Unsecured | 300 | $8,852.19 | $0.00 | $8,852.19 | $123.24 | $126.82 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | GREENVILLE, TX 75403-5609 | | | | | | | |
| 13 | US DEPT OF EDUCATION DIRECT LOAN SVCG PO BOX 5609 GREENVILLE, TX 75403-5609 | Unsecured | 300 | $2,088.04 | $0.00 | $2,088.04 | $29.08 | $97.74 |
| 14 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | 300 | $6,890.57 | $0.00 | $6,890.57 | $95.93 | $1.81 |
| 15 | Recovery Management Systems Corporation For GE Money Bank dba PAYPAL BUYER CREDIT BNPL 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | 300 | $130.25 | $0.00 | $130.25 | $1.81 | $0.00 |
| Subtotals For Class Unsecured | 1.39% | | | $134,689.34 | $0.00 | $134,689.34 | $1,875.21 | |
| | Totals | | | $135,314.41 | $0.00 | $135,314.41 | $2,500.28 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

$3.20
ck # 1015
receipt # 81461